UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANA ROBERSON, | ) |
| | ) CASE NO. C14-0022-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 20.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to re-evaluate the medical and testimonial evidence, including any newly submitted evidence. In particular, the ALJ should further consider the medical opinions of Richard

REPORT AND RECOMMENDATION
PAGE -1

Coder, Ph.D., and Matthew Comrie, Psy.D., and provide additional rationale for the weight given to the opinions. The Appeals Council will also instruct the ALJ to further consider the claimant's residual functional capacity, specifically asking the ALJ to further articulate the assessed restrictions regarding an inability to work at a "high production rate" and the need to alternate positions. The ALJ will make a de novo determination as to disability, and issue a new decision. Also, upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 29th day of May, 2014.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge