UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANA ROBERSON, | ) |
| | ) CASE NO. C14-0022-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  (Dkt. 20.)   It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 11th day of June, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF REMAND
PAGE -1